# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AMIR NIAZI,**<br><br>        **Plaintiff,**<br><br>   vs.<br><br>**QATAR AIRWAYS,**<br><br>        **Defendants.** | **4:25CV3246**<br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed a Complaint against the defendant on December 1, 2025.  (Filing No. 1). More than 90 days has elapsed since the Complaint was filed, and the record does not demonstrate that the defendant has been served, signed a waiver of service, or entered a voluntary appearance in this case.  Nor has Plaintiff requested an extension of time to complete service of process. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **April 24, 2026,** to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or take other appropriate action.  The failure to timely comply with this order may result in dismissal of this case without further notice.

Dated this 1st day of April, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge