**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **AMIR NIAZI,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**QATAR AIRWAYS, a foreign corporation;**<br><br>**Defendant.** | **4:25CV3246**<br><br>**ORDER** |

This matter is before the Court on the Motion to Withdraw (Filing No. 32) filed by Andrew K. Joyce, counsel for Plaintiff. Plaintiff's counsel seek leave to withdraw from his representation due to a breakdown in the attorney-client relationship. After review,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (Filing No. 32) filed by Andrew K. Joyce is granted.

1. Plaintiff's counsel shall immediately serve a copy of this Order upon Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Plaintiff's counsel will not be relieved of his applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

2. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on Plaintiff's behalf. Plaintiff is responsible for keeping the Court informed of Plaintiff's current contact information while proceeding without counsel.

3. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff must comply with all case progression deadlines, Orders of this Court, the Federal Rules of Civil Procedure, and this district's Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

4. Upon submission of proof of service as described in Paragraph 2 of this Order, Andrew K. Joyce's appearance as counsel of record for Plaintiff will be terminated, and the

Clerk of Court shall terminate electronic notice to him in this case. Plaintiff will thereafter be deemed to be proceeding *pro se* unless and until new counsel enters an appearance on his behalf.

Dated this 8th day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge