**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**AMIR NIAZI,**

**Plaintiff,**

**vs.**

**QATAR AIRWAYS, a foreign corporation;**

**Defendant.**

**4:25CV3246**

**ORDER**

After review of the Certificate of Service Regarding the Order on Motion to Withdraw as Attorney (Filing No. 34),

**IT IS SO ORDERED:**

1) On or before **October 16, 2026**, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.
2) The clerk shall mail a copy of this Order to the plaintiff at his last known address.

Dated this 16th day of September, 2026.

BY THE COURT:

Michael D. Nelson
United States Magistrate Judge